**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KIMBERLY JO MORGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1737-R** |
| | ) | |
| **ARAMARK CAMPUS LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Amanda L. Maxfield [Doc. No. 4]. Judge Maxfield recommends denial of Plaintiff's Motion for Leave to Proceed in forma pauperis [Doc. No. 2] because Plaintiff does not qualify for authorization to proceed without prepayment of the filing fee. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Accordingly, the Report and Recommendation of Judge Maxfield is ADOPTED in its entirety and Plaintiff's Motion for Leave to Proceed in forma pauperis [Doc. No. 2] is DENIED. If Plaintiff does not pay the filing fee in full within 21 days of this Order, this action may be dismissed without prejudice to refiling. LCvR 3.3(e).

IT IS SO ORDERED this 4th day of September, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**